# United States Court of Appeals
# for the Fifth Circuit

————————

No. 24-11029
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
September 18, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Guadalupe Gerardo Reyes-Gonzalez,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-626-1

————————————————————

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Guadalupe Gerardo Reyes-Gonzalez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Reyes-Gonzalez has filed a response and a motion

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-11029

to proceed pro se on appeal. His motion is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Reyes-Gonzalez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.